**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JORGE LUIS TORRES, on behalf of himself and other similarly situated persons, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  14-C-4613 |
| v. | ) ) | Honorable Judge Robert Blakey |
| GUY SCOPELLITI ORIGINAL LANDSCAPING CO., INC., | ) ) ) | Magistrate Judge Shelia Finnegan |
| Defendant. | ) | |

**JOINT MOTION TO STAY ALL DISCOVERY,**
**DISPOSITIVE MOTIONS, CASE  DEADLINES, AND ACTIVITY AND**
**FOR A REFERRAL TO THE**
**MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE**

Plaintiff Jorge Luis Torres ("Plaintiff") and Defendant Guy Scopelliti Original Landscaping Co, Inc. ("Defendant") (collectively, the "Parties"), for the reasons set forth herein, jointly request that this Court stay all discovery, discovery deadlines, dispositive motion filings, and other case deadlines in this case  for a period up to and including May 4, 2015.  The Parties submit that a stay of these proceedings will afford the best opportunity for successful resolution of this case.  In support, the Parties respectfully state as follows:

1. The Parties have exchanged a significant volume of documents and information in the context of formal discovery and have been engaging in Local Rule 37.2 efforts to resolve discovery disputes informally

2. The Parties are sufficiently informed to explore the possibility of settlement before incurring significant litigation expense entailed in Class discovery and oral discovery.

3. In the interest of avoiding further litigation expenses, which may narrow the window for an amicable resolution of this litigation, the Parties jointly request that discovery in this matter be stayed, along with dispositive motions,  and that the Parties be referred to

Magistrate Judge Sheila Finnegan, or any other magistrate judge sitting in her stead, for a settlement conference on a date between April 16, 2015 and May 4, 2015

4.      The Parties agree that two (2) areas of discovery shall be exempt from this discovery stay:

   A.   Discovery related to the Plaintiff's cell phone records or use of cell phone during his employment with the Plaintiff;

   B.   Discovery relating to Plaintiff's prevailing wage claims.

5.      The Parties acknowledge and agree they each preserve their rights to object to any information provided related to the two (2) discovery exemptions stated in paragraph #4.

6.      The Parties agree to not propound new discovery between now and May 4, 2015 or to tender formal responses to pending discovery responses to allow the Parties, and their counsel, to focus time, efforts and costs on attempting to reach an amicable global resolution.

7.      Accordingly, the Parties hereby seek to stay this matter, including both discovery and dispositive deadlines, and all other case activity, for a period up to and including May 4, 2015 or up to the point one of the Parties files a Motion to lift said stay of litigation.

8.      A stay would facilitate an efficient resolution of these matters by allowing the Parties time to engage in informal discovery prior to a settlement conference while providing them sufficient time to complete formal discovery if settlement efforts are not successful.

9.      In the event that the Parties' settlement attempts are unsuccessful, the Parties request that they be allowed to submit a revised scheduling order on May 8, 2015 that accounts for the stay period.

WHEREFORE, the Parties respectfully request that the Court enter this stipulation as an Order, and stay this case for purposes of mediation until May 4, 2015 or up to the point at which a Party to this litigation files a Motion to lift said stay.

Respectfully submitted,

February 27, 2015

GUY SCOPELLITI ORIGINAL,          PLAINTIFF
LANDSCAPING, CO. INC.
By their attorneys,                      By their attorneys,

/s/ Michael Martin-Johnston         /s/ Alvar Ayala

Michael Martin-Johnston             Alvar Ayala
Waltz, Palmer and Dawson LCC.     Workers' Law Office, PC
3701. Algonquin Road, Suite 390    54 W. Jackson Blvd. Suite 701
Rolling Meadows, IL  60008         Chicago, IL  60604